UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue
Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Toyota Motor Credit Corporation

**Order Filed on March 17, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

　　　Mary F. Adekunle,

Debtor.

Case No.:  16-34524-JKS

Adv. No.:

Hearing Date:  3/9/2017 @ 9:00 a.m.

Judge:  John K. Sherwood

## ORDER GRANTING STAY RELIEF & RESOLVING OBJECTION TO CONFIRMATION OF PLAN

　　　The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: March 17, 2017**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**
Debtor:  Mary F. Adekunle
Case No:  16-34524-JKS
Caption of Order:  ORDER GRANTING STAY RELIEF & RESOLVING OBJECTION TO
CONFIRMATION
_____

      This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Toyota Motor Credit Corporation, holder of a lien on a 2016 Toyota Camry, VIN 4T1BF1FK0GU157693, Denise Carlon, Esq. appearing, upon an objection to confirmation of Debtor's chapter 13 plan, and it appearing that notice of said objection was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Herbert Raymond, Esq., attorney for Debtor, and for good cause having been shown

      It is **ORDERED, ADJUDGED and DECREED** that as of <u>**March 15, 2017**</u>, the automatic stay and co-debtor stay is vacated as to the subject collateral; and

      It is further **ORDERED, ADJUDGED and DECREED** that after March 15, 2017, Secured Creditor, its successors or assigns, may proceed with its rights and remedies under the terms of the subject note and pursue its state court remedies, including sale of the subject vehicle; and

      It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor may join the debtor, co-debtor,  and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code; and

      It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.