UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

Raymond and Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Phone: (973) 675-5622; Fax: (408) 519-6711
Email: bankruptcy123@comcast.net

**Order Filed on April 24, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

MARY ADEKUNLE,

DEBTOR

Case No.: _____16-34524_____

Chapter: _____13_____

Judge: _____JKS_____

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 24, 2017**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____1/17/17_____ :

Property:  ___90 ELLERY AVE, IRVINGTON, NJ 07111_____

Creditor:  ___SELENE FINANCE_____

and a Request for

☒ Extension of the 90 day Loss Mitigation Period having been filed by _____DEBTOR_____,
and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____,
and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____8/25/17_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*