UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

HERBERT B. RAYMOND, ESQ.
ATTORNEYS AT LAW
7 GLENWOOD AVENUE, 4TH FLOOR
EAST ORANGE, NEW JERSEY 07017
TELEPHONE (973) 675-5622
TELEFAX (408) 519-6711
VOICEMAIL (815) 642-4613
Email: bankruptcy123@comcast.net
HERBERT B. RAYMOND, ESQ.
JEFFREY M. RAYMOND, ESQ.
KEVIN DELYON, ESQ.
ATTORNEYS FOR THE DEBTOR(S)

**Order Filed on November 6, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

MARY F. ADEKUNLE  DEBTOR(S)

Case No.: 16-34524 (JKS)

Adv. No.:

Hearing Date: N/A

Judge: JOHN K. SHERWOOD

ORDER AUTHORIZING LOAN
MODIFICATION AND FOR OTHER RELIEF

The relief set forth on the following pages, two (2) through four (4) is hereby ORDERED:

**DATED: November 6, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

Debtor: Mary F. Adekunle, Debtor(s)

Case no.: 16-34524 JKS

Caption of order: Order Authorizing Loan Modification and for Other Relief

_____

1. That the Debtor be and is hereby authorized to enter into and consummate a loan modification with Selene Finance, LP, pursuant to the terms and conditions of the proposed loan modification agreement, entitled 'Loan Modification Agreement (Providing for Fixed Interest Rate)', filed as an Exhibit in support of this motion, relating to real property located at 90-92 Ellery Avenue, Irvington, New Jersey, and the loan modification be and is hereby approved.

2. That the Debtor and/or Selene Finance, LP, be and are authorized to enter and consummate any transaction necessary and incident to the loan modification relating to this property, the sole exception being the transfer of the property or an interest in the property by the Debtor(s) to someone else.

   a. Limited automatic stay relief is granted, to allow Selene Finance, LP, to negotiate any such agreement with the Debtor or counsel, enter into and sign a loan modification agreement, and record any documents with the appropriate county recorders office without such action being considered a violation of the automatic stay.

3. That the Debtor and/or Selene Finance, LP, are authorized to negotiate and prepare the terms or documents relating to a loan modification, or any necessary transaction

Page 3

Debtor: Mary F. Adekunle, Debtor(s)

Case no.: 16-34524 JKS

Caption of order: Order Authorizing Loan Modification and for Other Relief

_____

incident to a loan modification agreement, such as, but not limited to the circumstances described above, with respect to this property and any such negotiation and/or preparation of documents and/or recording of documents, by the parties shall not considered to be a violation of the automatic stay and are specifically authorized by the Court.

    4. That any communication by the parties relating to the loan modification shall be considered to be negotiations, pursuant to the Rules of Evidence, and shall not be used by either party against the other in the context of any subsequent litigation in this Court or any state court, federal court or non-judicial forum.

    5. That nothing in this order shall be construed as a modification of the plan.

    6. That the mortgage company and/or mortgage servicer may not persuade the Debtor(s) to dismiss this case in order to consummate a loan modification.

    7. That because the mortgage is being modified and the pre-petition arrears are being addressed in the new mortgage, the pre-petition arrearage claim, filed by Selene Finance, LP, or its predecessors, assignees or successor in interest, as claim number two on the claims register, shall not be paid and

Page 4

Debtor: Mary F. Adekunle, Debtor(s)

Case no.: 16-34524 JKS

Caption of order: Order Authorizing Loan Modification and for Other Relief

_____

the Trustee shall not make any payments/disbursements on any pre-petition arrearage claim. If the modification is not consummated for any reason, Selene Finance, LP, may, at any time during the pendency of this case, re-list the matter for further hearing, otherwise, this order shall be deemed final.

United States Bankruptcy Court
District of New Jersey

In re:  
Mary F Adekunle  
    Debtor

Case No. 16-34524-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Nov 06, 2017  
                             Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2017.  
db          +Mary F Adekunle,    90-92 Ellery Avenue,    Irvington, NJ 07111-1519

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2017 at the address(es) listed below:  
         Charles G. Wohlrab    on behalf of Creditor    NATIONSTAR MORTGAGE LLC cwohlrab@logs.com, njbankruptcynotifications@logs.com  
         Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Herbert B. Raymond    on behalf of Debtor Mary F Adekunle bankruptcy123@comcast.net, jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com  
         Jeanette F. Frankenberg    on behalf of Creditor    NATIONSTAR MORTGAGE LLC cmecf@sternlav.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                    TOTAL: 6