|   |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Raymond and Raymond, Esqs.<br>Attorneys at Law<br>7 Glenwood Avenue, 4TH Floor<br>East Orange, New Jersey 07017<br>(973) 675-5622; (408) 519-6711 Telefax<br>Email: bankruptcy123@comcast.net<br>Herbert B. Raymond, Esq.;<br>Jeffrey M. Raymond, Esq.<br>Kevin de Lyon, Esq.<br>Attorneys for the Debtor(s) |

**Order Filed on January 17, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey**

| In Re:<br><br>MARY ADEKUNLE,<br><br>DEBTOR(S) | Case No: 16-34524 (JKS)<br>Adv. No.:<br>Hearing Date:<br>Judge: JOHN SHERWOOD |
|---|---|

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: January 17, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

Debtor: Mary Adekunle, Debtor(s)

Case no.: 16-34524 (JKS)

Caption of order: Order Granting Supplemental Counsel Fees
_____

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that Herbert B. Raymond, Esq., the applicant, is allowed a fee of **$1,950.00** for services rendered and expenses in the amount **$40.00** for a total of **$1,990.00**. The allowance shall be payable

___XXXX___    through the Chapter 13 plan as an administrative priority.

_____    outside the plan.

This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.